UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Mark Manning, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:18-cv-1246 |
| v. | ) | |
| | ) | Honorable Paul L. Maloney |
| Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 24), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 6, 2020              /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge